UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
KEY WEST DIVISON
CASE NO. 21-10081-CIV-GRAHAM

NATIONAL INDEMNITY COMPANY OF
THE SOUTH,

      Plaintiff,

v.

DISCOUNT ROCK & SAND, INC., et al.,

      Defendants.

_____/

## ORDER

**THIS MATTER** comes before the Court on the parties cross-motions for summary judgment (ECF Nos. 60 and 61), the Defendant's Motion to Preclude the Testimony of Susan F. Kaufman at Trial (ECF No. 63), the Plaintiff's Motion to Strike Affidavit of Edilberto Lopez and Affidavit of Paul Layne (ECF No. 79), and the parties Joint Motion to be Excused from the First Week of the Trial Period (ECF No. 80).

**THE COURT** considers the motion, the parties' arguments during the hearing held on September 2, 2022, and is otherwise fully advised in the premises. Based thereon, it is hereby,

**ORDERED** that Plaintiff's Motion to Strike Affidavit of Edilberto Lopez and Affidavit of Paul Layne (ECF No. 79) **is DENIED in part and GRANTED in part** as follows:

a. the Motion to strike is denied;

b. the Motion to conduct limited discovery is granted; the parties may conduct limited discovery as to the Marathon Waste release. It is further

**ORDERED** that Defendant's Motion to Preclude the Testimony of Susan F. Kaufman at Trial (ECF No. 63) is **DENIED without prejudice** pending resolution of the jurisdiction issues raised in the underlying case by the Eleventh Circuit Court of Appeal. It is further

**ORDERED** that this case be administratively **CLOSED** until a decision is rendered by the Eleventh Circuit Court of Appeals in the underlying action. The parties are directed to file a status report in this matter every 60 days, a status report within 10 days of the issuance of the appellate opinion, and a status report within 10 days of the issuance of the mandate. It is further

**ORDERED** that all pending motions not otherwise addressed by this order are **DENIED as moot**. The Parties are directed to supplement and/or refile amended motions after the Eleventh Circuit Court of Appeal renders its decision in the underlying action regarding whether the District Court has subject matter jurisdiction.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 6th day of September, 2022.

s/ Donald L. Graham
DONALD L. GRAHAM
UNITED STATES DISTRICT JUDGE