UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
KEY WEST DIVISION

NATIONAL INDEMNITY COMPANY OF
THE SOUTH,   CASE NO.: 4:21-CV-10081-XXXX

    Plaintiff,

v.

DISCOUNT ROCK & SAND, INC., CARLOS MANSO BLANCO, RICARDO SANCHEZ, Personal Representative of the ESTATE OF TERESA SANCHEZ QUETGLAS, ELIA BONFANTE, Personal Representative of the ESTATE OF ANA GAITAN DIAS, FRANCISCO CORTES, Personal Representative of the ESTATE OF MARGARITA CORTES-PARDO, JULIO LOPEZ-BERMEJO ROSSELLO, Personal Representative of the ESTATE OF MARIA LOPEZ-BERMEJO ROSELLO, DANIEL PINKERTON, and KIMBERLY PINKERTON,

    Defendants.
_____/

## JOINT STATUS REPORT

COMES NOW, Plaintiff, NATIONAL INDEMNITY COMPANY OF THE SOUTH ("Plaintiff"), and Defendants, DISCOUNT ROCK & SAND, INC., CARLOS MANSO BLANCO, RICARDO SANCHEZ, Personal Representative of the ESTATE OF TERESA SANCHEZ QUETGLAS, ELIA BONFANTE, Personal Representative of the ESTATE OF ANA GAITAN DIAS, FRANCISCO CORTES, Personal Representative of the ESTATE OF MARGARITA CORTES-PARDO, JULIO LOPEZ-BERMEJO ROSSELLO, Personal Representative of the ESTATE OF MARIA LOPEZ-BERMEJO ROSELLO (collectively referred to as "Defendants"), (Plaintiff and Defendants are collectively referred to as the "Parties"), and submit this Joint Status Report in compliance with the Court's September 7, 2022 Order [D.E. 87].

1

1. **Update as to Appel of Underlying Action**

On September 7, 2022, the Court administratively closed this matter until a decision is rendered by the Eleventh Circuit Court of Appeals. Specifically, the Court awaited resolution of the jurisdiction issues raised in the underlying case by the Eleventh Circuit. With regard to the jurisdictional question, on October 3, 2022, the Eleventh Circuit ordered:

> WE CARRY WITH THE CASE THE JURISDICTIONAL ISSUE OF WHETHER THE STIPULATION OF VOLUNTARY DISMISSAL AS TO DEFENDANT CARLOS BLANCO WAS VALID AND EFFECTIVE, AS WELL AS APPELLANTS MOTION, CONSTRUED FROM ITS RESPONSE TO THE JURISDICTIONAL QUESTIONS, TO VACATE THE JUDGMENT AND DISMISS THE APPEAL FOR LACK OF JURISDICTION. A FINAL DETERMINATION REGARDING JURISDICTION WILL BE MADE BY THE PANEL TO WHOM THIS APPEAL IS SUBMITTED AFTER BRIEFING ON THE MERITS IS COMPLETED. IN FURTHER BRIEFING, THE PARTIES ARE NOT REQUIRED TO DISCUSS THE JURISDICTIONAL QUESTION, BUT THEY MAY ADDRESS IT AS THEY DEEM NECESSARY OR APPROPRIATE. BECAUSE ALLEGATIONS OF THE LEGAL SURVIVORS CITIZENSHIP WERE NOT NECESSARY FOR PURPOSES OF DIVERSITY, APPELLEES MOTION TO AMEND THE COMPLAINT AND MOTION TO SUPPLEMENT THE RECORD ARE DENIED AS MOOT. SEE MOORE V. NORTH AM. SPORTS, INC., 623 F.3D 1325, 1326-27, 1327 N.2. (11TH CIR. 2010) (WHERE AN ESTATE IS A PARTY, AS IN THIS CASE, THE CITIZENSHIP THAT COUNTS FOR DIVERSITY PURPOSES IS THAT OF THE DECEDENT.); 28 U.S.C. § 1332(C)(2).

In light of the foregoing, the Parties do not anticipate resolution on the jurisdictional issue until after completion of briefing on the merits. The Appellee's brief was filed on January 3, 2023.

2. **Update as to Discovery as to Marathon Waste Release**

Pursuant to the Court's Order, the Parties are permitted to conduct limited discovery as to the Marathon Waste release. Thereafter, the Parties exchanged additional written discovery, and Plaintiff issued supplemental subpoenas to non-parties. At this time, no written discovery is pending or anticipated. Separately, Plaintiff has re-scheduled the deposition of Edilberto Lopez for

January 24, 2023 and the depositions of each Estate's representatives for January 23, 2023.

Defendants may seek to depose Plaintiff's corporate representative.

Respectfully submitted this 6th day of January, 2023.

| /s Jesse Drawas | /s Peter Valori | /s Paul Layne |
|---|---|---|
| Jesse D. Drawas, Esq. | Patricia Baloyra | Paul Jon Layne, Esq. |
| Florida Bar No.: 68654 | Florida Bar No. 78270 | Florida Bar No.: 23558 |
| KAUFMAN DOLOWICH & VOLUCK, LLP | Peter F. Valori | Silva & Silva, P.A. |
| 100 S.E. Third Ave., Suite 1500 | Florida Bar No. 43516 | 236 Valencia Avenue |
| Fort Lauderdale, FL 33394 | DAMIAN & VALORI LLP \| CULMO TRIAL ATTORNEYS | Coral Gables, FL 33134 |
| Telephone: (954) 302-2360 | 1000 Brickell Avenue, Suite 1020 | Telephone: (305) 445-0011 |
| Fax: (888) 464-7982 | Miami, Florida 33131 | Fax: (305) 445-1181 |
| Email: Jdrawas@kdvlaw.com | Telephone: (305) 371-3960 | Email: playne@silvasilva.com |
| *Counsel for Plaintiff* | Facsimile: (305) 371-3965 | Email: mromera@silvasilva.com |
| | Email: pvalori@dvllp.com | *Counsel for Estates* |
| | Email: pbaloyra@dvllp.com | |
| | *Counsel for Discount Rock* | |