# UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF FLORIDA
## KEY WEST DIVISION

CASE NO. 21-10081-CIV-GRAHAM/GOODMAN

DISCOUNT ROCK & SAND, INC.,
RICARDO SANCHEZ, Personal Representative
of the ESTATE OF TERESA SANCHEZ
QUETGLAS, ELIA BONFANTE, Personal
Representative of the ESTATE OF MARGARITA CORTES-
PARDO, JULIO LOPEZ-BERMEJO
ROSSELLO, Personal Representative of the
ESTATE OF MARIA LOPEZ-BERMEJO
ROSELLO,

    Plaintiffs,

v.

NATIONAL INDEMNITY COMPANY OF
THE SOUTH.

    Defendant.

_____/

## **VERDICT FORM**

We, the jury, return the following verdict:

1. Did Plaintiffs prove by the preponderance of the evidence that National Indemnity Company of the South engaged in bad faith conduct that caused damages to Discount Rock?

YES _____ NO 

If your answer to question 1 is "YES," then you should proceed to Question "2".

If your answer to question 1 is "NO," then your verdict is for National Indemnity Company of the South and you should proceed to the end of the verdict form and sign and date same.

1

2. Did National Indemnity Company of the South prove by the preponderance of the evidence its defense of "Unclean Hands?"

YES _____   NO _____

If your answer to question 2 is "YES", then your verdict is for National Indemnity Company of the South and you should proceed to the end of the verdict form and sign and date same.

If your answer to question 2 is "NO", then your verdict is for Plaintiffs and you should proceed to the end of the verdict form and sign and date same.

SO SAY WE ALL, this _15_ day of _MARCH_, 2024.

                                                                                 FOREPERSON